DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ROBERT ALLEN EVANS,**
Appellant,

v.

**COLETTE EVANS,**
Appellee.

No. 4D22-2053

[July 6, 2023]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Dale C. Cohen, Judge; L.T. Case No. FMCE 10-007036.

David M. Scott of Law Office of David Scott, P.A., Fort Lauderdale, for appellant.

Nancy W. Gregoire Stamper of Birnbaum, Lippman & Gregoire, PLLC, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., FORST and ARTAU, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***